UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　　DEMETRIA S WADE<br><br><br>　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 17-15964-PMM |

CERTIFICATE OF SERVICE

　　　I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 1st day of October, 2024 by first class mail upon those listed below:

DEMETRIA S WADE
1000 IVY HILL ROAD  APT D2
PHILADELPHIA, PA  19150

**Electronically via ECF/System ONLY:**

CIBIK LAW, P.C.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107


　　　　　　　　　　　　　　　　　　　　*/s/ Kenneth E. West, Esq.*
　　　　　　　　　　　　　　　　　　　　Kenneth E. West, Esq.
　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee