United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-15964-pmm

Demetria S. Wade     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Nov 06, 2024     Form ID: 138OBJ     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Demetria S. Wade, 1000 Ivy Hill Road, Apt. D2, Philadelphia, PA 19150-3229 |
| 13977910 | + | Carrie Brown, Esq., 140 Corporate Blvd., Norfolk, VA 23502-4952 |
| 13977931 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 07 2024 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2024 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14024442 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2024 00:13:40 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13977913 | | Email/Text: megan.harper@phila.gov | Nov 07 2024 00:07:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13977914 | | Email/Text: megan.harper@phila.gov | Nov 07 2024 00:07:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 13977909 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 07 2024 00:13:39 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14012780 | + | Email/Text: bankruptcy@cavps.com | Nov 07 2024 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13989438 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 07 2024 00:07:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 13977911 | + | Email/Text: ecf@ccpclaw.com | Nov 07 2024 00:06:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13977915 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 07 2024 00:06:00 | Comenity Bank/Jessica London, PO Box 182125, Columbus, OH 43218-2125 |
| 13977916 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 07 2024 00:06:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 13977917 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 07 2024 00:06:00 | Comenity Bank/Roamans, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 13977918 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 07 2024 00:06:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 13977919 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 17-15964-pmm   Doc 66   Filed 11/08/24   Entered 11/09/24 00:35:11   Desc Imaged
                    Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 07 2024 00:06:00 | Comenity Bank/womnwthn, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13977920 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2024 00:06:00 | Commonwealth of PA, Dept. of Revenue, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13977921 | ^ | MEBN | Nov 06 2024 23:58:43 | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Ste 113E, Syosset, NY 11791-4401 |
| 13977922 | | Email/Text: bankruptcycourts@equifax.com | Nov 07 2024 00:06:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 13977923 | + | Email/Text: bknotice@ercbpo.com | Nov 07 2024 00:07:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13977924 | ^ | MEBN | Nov 06 2024 23:58:41 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13977925 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Nov 07 2024 00:06:00 | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 13977926 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 07 2024 00:06:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13977928 | | Email/Text: bk@lendmarkfinancial.com | Nov 07 2024 00:06:00 | Lendmark Financial Ser, 2118 Usher St Nw, Covington, GA 30014 |
| 13977929 | | Email/Text: bk@lendmarkfinancial.com | Nov 07 2024 00:06:00 | Lendmark Financial Services, 2118 Usher St, Covington, GA 30014 |
| 14023802 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2024 00:13:11 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13977930 | + | Email/Text: bankruptcy@sccompanies.com | Nov 07 2024 00:07:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13977933 | ^ | MEBN | Nov 06 2024 23:58:47 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 13977934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2024 00:13:40 | Portfolio Recovery, PO box 41067, Norfolk, VA 23541 |
| 14007875 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2024 00:14:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13978128 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2024 00:13:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13977932 | | Email/Text: bankruptcygroup@peco-energy.com | Nov 07 2024 00:06:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14024006 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2024 00:13:43 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Soaring Capital,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14033341 | | Email/Text: bnc-quantum@quantum3group.com | Nov 07 2024 00:06:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13977935 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 07 2024 00:07:00 | Santander Consumer USA, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14285112 | + | Email/Text: bncmail@w-legal.com | Nov 07 2024 00:06:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13977936 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 07 2024 00:13:10 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 13977937 | | Email/Text: DASPUBREC@transunion.com | Nov 07 2024 00:06:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 13977938 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

Case 17-15964-pmm   Doc 66   Filed 11/08/24   Entered 11/09/24 00:35:11   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

Nov 07 2024 00:06:00   Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13977912 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13977927 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2024              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Demetria S. Wade help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 4

*Form 138OBJ* (6/24)–doc 65 – 64

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Demetria S. Wade  )  Case No. 17–15964–pmm
  )
  )
Debtor(s).  )  Chapter: 13
  )
  )

<u>NOTICE OF DEADLINE TO OBJECT TO DISCHARGE</u>

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 6, 2024                                                           For The Court

                                                                                                              Timothy B. McGrath
                                                                                                              Clerk of Court